DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TRACEY MAHABEER,**
Appellant,

v.

**THE BERKLEY GROUP, INC.,** a Florida profit corporation,
Appellee.

No. 4D21-1986

[July 20, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas R. Lopane, Judge; L.T. Case No. 062018CA023403AXXXCE.

Annabel C. Majewski of Wasson & Associates, Chartered, Miami, and Robert M. Roselli of Roselli & Associates, P.A., Fort Lauderdale, for appellant.

Hinda Klein and Jesse C. Dyer of Conroy Simberg, Hollywood, for appellee.

PER CURIAM.

*Affirmed. See Vallejos v. Lan Cargo S.A.*, 116 So. 3d 545 (Fla. 3d DCA 2013).

WARNER, GROSS and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***